Raffi Margossian (Cal. State Bar No. 364279)
*r.margossian@calljustice.com*
**LAWYERS for JUSTICE, PC**
450 N. Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LENAHAN, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware corporation; CALIFORNIA SPORTSERVICE, INC., a California corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 3:26-cv-2606-AJB-MSB<br><br>**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** |

**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Sutie 900
Glendale, California 91203

**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that LAWYERS *for* JUSTICE, PC, being the attorneys of record for Plaintiff Aaron Lenahan ("Plaintiff"), hereby provides notice that attorney Travis J. Maher, formerly with LAWYERS *for* JUSTICE, PC, is no longer counsel for Plaintiff.

Please remove attorney Travis J. Maher from the docket of this case.

At least one member of LAWYERS *for* JUSTICE, PC and at least one member of the Bar of this Court will continue to serve as counsel of record for the party indicated.

July 6, 2026                                     LAWYERS *for* JUSTICE, PC

By: _____
　　　Raffi Margossian
　　　*Attorneys for* Plaintiff

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

1

**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL**